UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE STEINMETZ, | ) | Civil Action No. 16-cv-10692 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR COPYRIGHT |
| v. | ) | INFRINGEMENT |
| | ) | |
| COUGHLAN COMPANIES, INC. D/B/A CAPSTONE, | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Defendant. | ) | |

Plaintiff George Steinmetz, for his Complaint against Defendant Coughlan Companies, Inc. d/b/a Capstone ("Capstone") alleges:

## STATEMENT OF ACTION

1. This is a copyright infringement action brought by George Steinmetz, owner of copyrights to the photographs ("Photographs") described hereafter, against Capstone Companies, Inc., d/b/a Capstone ("Capstone"), for unauthorized uses of Plaintiff's photographs in its publications.

## PARTIES

2. George Steinmetz is an award-winning professional photographer, a United States citizen, and a resident of New Jersey.

3. Capstone is a sophisticated global publisher with its principle place of business in Mankato, Minnesota, and additional offices in Minneapolis, Chicago, and Oxford. Capstone sells and distributes its publications in the Northern District of Illinois, throughout the United States, and overseas, including the publications and ancillary materials in which Plaintiff's photographs are unlawfully reproduced. At all times pertinent to the allegations herein, Capstone acted through or in concert with its various imprints, divisions, subsidiaries, affiliates, and/or third parties.

1

**JURISDICTION**

4.  This is an action for injunctive relief, statutory damages, monetary damages, and interest under the copyright laws of the United States. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338 (copyright).

**VENUE**

5.  Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1400(a).

**FACTS COMMON TO ALL COUNTS**

6.  Steinmetz owns the copyrights to the photographs depicted in Exhibit 1 ("the Photographs"). The Photographs have been registered with the United States Copyright Office.

7.  In 2004, Steinmetz entered into a license agreement with stock photo agency Corbis Corporation ("Corbis"), granting Corbis limited rights to sublicense Steinmetz's photographs to third parties, in exchange for a percentage of the fees it negotiated. Steinmetz entered into a similar agreement with National Geographic Society Image Collection ("NGS") in 2010.

8.  Pursuant to these agreements, Corbis and NGS (collectively, "the Licensees") granted limited licenses for use of Steinmetz's photographs to third parties. The Licensees issued royalty statements to Steinmetz that showed the photographs licensed and the fees collected. Corbis's royalty statements identified the customer to whom each license was issued, but NGS's statements did not. NGS's statements typically identified the scope of the license issued, but Corbis's statements did not. For textbook licenses, neither Corbis nor NGS identified the particular textbooks in which Steinmetz's photographs were used.

9.  The limited nature of these royalty statements makes it impossible for Steinmetz to independently determine whether a third party's use of his work is authorized or not.

10. Upon information and belief, Capstone obtained access to Steinmetz's Photographs from Corbis and NGS.

11. On May 20, 2016, Plaintiff's counsel sent a letter to Capstone requesting that Capstone disclose its uses of Steinmetz photographs. The letter identified specific Corbis invoices reflecting transactions with Capstone.[1] Capstone's general counsel responded on June 2, 2016, refusing to provide the requested information. After discussion, on June 8, 2016, Capstone indicated that it would review its records for use of Steinmetz's photographs.

12. On July 26, 2016, Capstone's general counsel sent an e-mail stating, "for the Steinmetz images Capstone has used in its publications for at least the past five years, it has licensed rights to those images. Thus, there is no basis for any claim of copyright infringement." But Capstone refused to produce the actual usage data or copies of the licenses it allegedly obtained. Nor did Capstone state whether its use of Steinmetz's photographs was within the scope of the alleged licenses.

13. On July 28, 2016, Plaintiff's counsel again asked Capstone to disclose its usage information and the licenses it claimed to have authorizing use of Steinmetz's photographs. On August 18, 2016 Capstone responded, reiterating, "for the Steinmetz images Capstone has used in its publications for at least the past five years, it has licensed rights to those images." Again, Capstone refused to provide either usage information or the alleged licenses.

14. On September 2, 2016, Plaintiff's counsel sent Capstone a list of Capstone textbooks that contained Steinmetz's Photographs,[2] asking Capstone to produce the licenses authorizing its uses ("If Capstone has licenses for its uses of Mr. Steinmetz's images, please produce them. Otherwise, we will assume Capstone's use was unlicensed."). On September 15, 2016, Capstone responded that the matter had been referred to outside counsel.

15. Capstone obtained the Photographs identified in Exhibit 2 from Corbis on or before the dates listed therein. Upon information and belief, shortly after obtaining access to these

---

[1] These invoices are included in Exhibit 2 to this Complaint.
[2] The publications listed in Plaintiff's September 2, 2016 letter are included in Exhibit 4 to this Complaint.

3

Photographs, Capstone used the Photographs in unauthorized publications. In light of Capstone's refusal to produce the invoices in Exhibit 2, or disclose its actual use of the Photographs in connection with those invoices, upon information and belief, Capstone's use of the Photographs exceeded the scope of any license or permission Capstone may have obtained from Corbis.

16. Exhibit 3 identifies Steinmetz photographs licensed to publishers by NGS, along with corresponding tracking (invoice) numbers and royalty statement dates. Upon information and belief, some or all of these entries reflect licensing transactions between NGS and Capstone. Upon information and belief, Capstone's use of photographs it obtained from NGS exceeded the scope of any license or permission Capstone may have obtained from NGS.

17. Capstone also reproduced and distributed Steinmetz's Photographs in the following publications:

| Title | ISBN |
|---|---|
| *How Does a Plant Become Oil?* | 9781410934437 |
| *Scotland* | 9780736867733 |
| *Why Science Matters, Reducing Pollution* | 9781432924836 |
| *Homes Around the World* | 9781484603697 |
| *Countries Around the World - Japan* | 9781432961022 |
| *Changing Africa* | 9781432924379 |
| *Science Behind Wonders of Earth* | 9781515707738 |
| *Energy for the Future* | 9781432924133 |
| *Introducing Africa* | 9781432980382 |
| *The Scientists Behind Space* | 9781410940490 |
| *Asia* | 9780736854276 |

| Title | ISBN |
|---|---|
| *Teens in Saudi Arabia* | 9780756520663 |
| *Animal Abilities - Rats* | 9781410952417 |
| *Science and Technology, Crime Fighting Devices* | 9781410942753 |
| *War Stories - Sneaky Spies* | 9781432948337 |
| *Treasure Hunters - Lost Cities* | 9781410949523 |
| *Countries Around the World - Yemen* | 9781432952181 |
| *Wild Work - Who Counts the Penguins* | 9781410938558 |
| *Lights Out! Living in 24 Hour Darkness* | 9781429631242 |
| *Exploring Deserts* | 9781432987787 |
| *African Roots* | 9781432923907 |
| *Alternative Energy Sources © 2009* | 9781432924591 |
| *Science Across Cultures* | 9781410933638 |
| *Investigating Volcanoes (Extreme Explorations!)* | 978-1432948337 |

Attached as Exhibit 4 are excerpts of the books above reflecting Capstone's use of the Photographs.

18. Upon information and belief, Capstone used Steinmetz's photographs in additional publications without permission, or in excess of permission granted, but Steinmetz has no way of discovering these additional unauthorized uses. Capstone alone knows the full extent to which it has infringed Steinmetz's copyrights, but it has refused to share this knowledge with Steinmetz.

19. As of the date of filing, Capstone has refused to produce any of the licenses it claims to have obtained for Steinmetz's photographs. Capstone has also refused to produce any information regarding its actual use of Steinmetz's photographs.

## COUNT I

### *Copyright infringement against Capstone*

20. Plaintiff incorporates herein by this reference each and every allegation contained in the paragraphs set forth above.

21. The foregoing acts of Capstone constitute infringements of Plaintiff's copyrights in the Photographs in violation of 17 U.S.C. §§ 501 *et seq.*

22. Plaintiff suffered damages as a result of Capstone's unauthorized use of the Photographs.

**WHEREFORE**, Plaintiff requests the following:

1. A preliminary and permanent injunction against Defendant and anyone working in concert with Defendant from copying, displaying, distributing, selling or offering to sell Plaintiff's Photographs described in this Complaint and Plaintiff's photographs not included in suit.

2. As permitted under 17 U.S.C. § 503, impoundment of all copies of Plaintiff's Photographs used in violation of Plaintiff's exclusive copyrights as well as all related records and documents and, at final judgment, destruction or other reasonable disposition of the unlawfully used Photographs, including digital files and any other means by which they could be used again by Defendant without Plaintiff's authorization.

3. An award of Plaintiff's actual damages and all profits derived from the unauthorized use of Plaintiff's Photographs or, where applicable and at Plaintiff's election, statutory damages.

4. An award of Plaintiff's reasonable attorneys' fees.

5. An award of Plaintiff's court costs, expert witness fees, interest and all other amounts authorized under law.

6. Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues permitted by law.

DATED: November 17, 2016

                      Plaintiff George Steinmetz
                      by his attorneys,

                      <u>Amanda L. Bruss</u>
                      Amanda L. Bruss
                      Harmon & Seidman LLC
                      8728 East 54th Place
                      Denver, CO 80238
                      Tel: (415) 271-5754
                      E-mail: amanda@harmonseidman.com

                      Maurice Harmon
                      Harmon & Seidman LLC
                      11 Chestnut Street
                      New Hope, PA 18938
                      Tel: (917) 516-4434
                      E-mail: maurice@harmonseidman.com

                      Christopher Seidman
                      Harmon & Seidman LLC
                      101 South Third Street, Suite 265
                      Grand Junction, CO 81501
                      Tel: (97) 245-9075
                      E-mail: chris@harmonseidman.com